

# Fourth Court of Appeals
## San Antonio, Texas

November 24, 2014

No. 04-14-00757-CV

**IN RE** David M. **GARZA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Luz Elena D. Chapa, Justice

On October 29, 2014, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on November 24th, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013-CI-19608, styled *David Garza v. Dennis Gutzman, et al.*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Barbara Hanson Nellermoe presiding.